1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAZEN ALAWI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RIVERSIDE SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　Defendants. | ) Case No. 5:23-cv-02062-JWH-JDE<br>)<br>) **ORDER ACCEPTING FINDINGS**<br>) **AND RECOMMENDATION OF**<br>) **UNITED STATES MAGISTRATE**<br>) **JUDGE**<br>)<br>)<br>) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1), the First Amended Complaint (Dkt. 8), the Second Amended Complaint (Dkt. 15), the Third Amended Complaint (Dkt. 23), and the Report and Recommendation of the magistrate judge issued on September 10, 2024 (Dkt. 25, "Report").  No party filed timely objections to the Report or timely sought additional time in which to do so.  Accordingly, the Court hereby **ORDERS** as follows:

1. The Report is **APPROVED** and **ACCEPTED**.
2. Plaintiff's Request to Proceed *in Forma Pauperis* (Dkt. 2) is **DENIED**.
3. Judgment shall be entered **DISMISSING** this action **with prejudice**.

**IT IS SO ORDERED.**

Dated: October 31, 2024

JOHN W. HOLCOMB
United States District Judge