JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAZEN ALAWI, | Case No. 5:23-cv-02062-JWH-JDE |
| Plaintiff, | |
| v. | **JUDGMENT** |
| RIVERSIDE SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

It is hereby **ORDERED, ADJUDGED**, and **DECREED** that this action is **DISMISSED with prejudice.**

**IT IS SO ORDERED.**

Dated: October 31, 2024

JOHN W. HOLCOMB
United States District Judge

2